IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL HILL BAPTIST CHURCH**                                                     **PLATINIFF**

**v.**                         **Case No. 4:23-cv-00955-KGB**

**BROTHERHOOD MUTUAL
INSURANCE COMPANY**                                                        **DEFENDANT**

## ORDER

Before the Court is plaintiff Crystal Hill Baptist Church's stipulation of dismissal without prejudice (Dkt. No. 3). Counsel for Crystal Hill Baptist Church, Benjamin D. Doyle, states that prior to the effectuation of service, Crystal Hill Baptist Church discontinued communication with him such that he advised Crystal Hill Baptist Church in writing of his intent to dismiss the lawsuit and withdraw from representation in this matter (*Id.*). Mr. Doyle also represents that he advised Crystal Hill Baptist Church of its ability to refile the suit and the applicable limitations dates (*Id.*).

The Court notes that, under Federal Rules of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Additionally, if the district court concludes that there is good cause for plaintiff's failure to serve within 90 days, it shall extend the time for service. Fed. R. Civ. P. 4(m). It appears to the Court that more than 90 days have passed since the complaint was filed. Crystal Hill Baptist Church has made no representation to the Court regarding its failure to serve defendant Brotherhood Mutual Insurance Company other than the statement that communication between Mr. Doyle and Crystal Hill Baptist Church discontinued prior to service (Dkt. No. 3).

For these reasons, the Court dismisses without prejudice the case.

It is so ordered this 22nd day of January, 2024.

_____
Kristine G. Baker
United States Chief District Judge